UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

**DATE: December 14, 2007**

**Case No. C-07-04481-RMW**    **JUDGE: Ronald M. Whyte**

**IMAN HATAMI**    -v- **PARAGON WAY, INC., et al.**
**Title**

**No Appearance**                              **No Appearance**
**Attorneys Present**                          **Attorneys Present**

**COURT CLERK: Jackie Garcia**    **COURT REPORTER: Not Reported**

## PROCEEDINGS

## CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

**Hearing Not Held. No appearance from either side. The Court to issue an order to show cause. If the case is settled the parties are required to file a dismissal with the court.**