```
1   Fred W. Schwinn (SBN 225575)
    CONSUMER LAW CENTER, INC.
2   12 South First Street, Suite 1014
    San Jose, California  95113-2418
3   Telephone Number: (408) 294-6100
    Facsimile Number: (408) 294-6190
4   Email Address: fred.schwinn@sjconsumerlaw.com

5   Attorney for Plaintiff                            *E-FILED - 5/30/08*
    IMAN HATAMI
```

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IMAN HATAMI, <br><br> Plaintiff, <br><br> v. <br><br> PARAGON WAY, INC., a Texas corporation, WALTER A. COLLINS, individually and in his official capacity, and GARY E. WOOD, individually and in his official capacity, <br><br> Defendants. | Case No.  C07-04481-RMW-PVT <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND [] ORDER** <br><br> Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, IMAN HATAMI, and Defendants, PARAGON WAY, INC., WALTER A. COLLINS and GARY E. WOOD, stipulate, and the Court hereby orders, as follows:

1.  The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, IMAN HATAMI, against Defendants, PARAGON WAY, INC., WALTER A. COLLINS and GARY E. WOOD, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

-2-

| | |
|---|---|
| 1   Dated: January 14, 2008 | /s/ Fred W. Schwinn |
| 2 | Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>IMAN HATAMI |
| 3 | |
| 4   Dated: January 14, 2008 | /s/ Tomio B. Narita |
| 5 | Tomio B. Narita, Esq.<br>Attorney for Defendants<br>PARAGON WAY, INC., WALTER<br>A. COLLINS and GARY E. WOOD |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: 5/20/08

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
Judge of the District Court